**Electronically Filed
Supreme Court
22699
16-APR-2021
08:12 AM
Dkt. 166 ORD**

NO. 22699

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

SANDY C. MCKEE (aka SANDY C. NITTA), Respondent.

---

ORIGINAL PROCEEDING
(ODC 94-082-4173, 96-050-4850, 98-102-5593, 99-001-5831,
99-017-5847, 99-018-5848, 99-259-6089, 99-260-6090,
99-261-6091, 99-262-6092, 99-263-6093, 99-338-6168,
99-369-6199, 99-370-6200)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the April 8, 2021 motion, filed by Bradley Tamm, as Trustee Administrator at the Office of Disciplinary Counsel (ODC), and the record in this matter, we conclude that, insofar as the documents from this trusteeship that remain unclaimed have been in the possession of ODC for 22 years, and have been the subject of successive rounds of notice to former clients of attorney Sandy McKee, nothing further is to be accomplished by preserving the original paper documents an additional six years, insofar as Rule 2.20(h) of the Rules of the

Supreme Court of the State of Hawaiʻi (2021), authorizes their storage in perpetuity in the electronic record of this case. Therefore,

IT IS HEREBY ORDERED that the motion is granted. ODC may upload the documents into the docket of this case.

IT IS FURTHER ORDERED that ODC may thereafter securely destroy the original paper documents at its convenience.

DATED: Honolulu, Hawaiʻi, April 16, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins